**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1877**

_____

In re:   RAJUL RUHBAYAN, a/k/a Day-Ja, a/k/a Deja, a/k/a
Amir Ruhbayan, a/k/a Jibra'el Ruh'alamin, a/k/a Jibrael
Ruhalamin, a/k/a Creme, a/k/a James Vernon Wood, a/k/a
James Vernette Johnson, a/k/a Kreem,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(No. 2:02-cr-00029-RBS-FBS-1)

_____

Submitted:  November 20, 2012       Decided: November 26, 2012

_____

Before TRAXLER, Chief Judge,  and SHEDD  and FLOYD, Circuit
Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Rajul Ruhbayan, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rajul Ruhbayan petitions for a writ of mandamus seeking an order requiring his resentencing. We conclude that Ruhbayan is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Ruhbayan is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2